UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

ENCORE BANK,

    Plaintiff,

v.

SHEPARD HAY & AG PRODUCTS, LLC et al.,

    Defendants.

Case No. 3:24-cv-517-JPG

## **MEMORANDUM AND ORDER**

This matter comes before the Court on three motions: two motions for default judgment as to Shepard Hay and AG Products, LLC, and a motion for default judgment as to Tiffany Haremski Shepard. (Docs. 18, 23, 24). The plaintiff filed their motions on April 1, 2024; May 7, 2024; and May 7, 2024, respectively. Being duly advised in the premises, having fully considered the issues and arguments raised, the Court **GRANTS** the plaintiff's motions for default judgment.

Tiffany Haremski Shepard filed a motion requesting additional time to respond and to secure counsel. (Doc. 14). Accordingly, on April 3, 2024, the deadline to respond was extended by thirty days. (Doc. 20). That deadline passed with no entry of appearance, no filing, and no answer. Consequently, the Court ordered the remaining defendants to show cause as to why default judgment should not be entered against them. (Doc. 29). The remaining defendants' responses were due no later than June 26, 2024. Again, the remaining defendants failed to enter an appearance, respond, file any motion, or communicate with the Court.

The Court observes that there has been an entry of default against both Shepard Hay and AG Products as well as Tiffany Haremski Shepard. The Court observes that both remaining

defendants have failed to plead or otherwise defend and that the plaintiff has provided documentation supporting their claims. Therefore, the Court **GRANTS** the motions for default, (Docs. 18, 23, 24), and **DIRECTS** the Clerk of Court to enter default judgment in favor of the plaintiff, Encore Bank, and against the remaining defendants, Tiffany Haremski Shepard and Shepard Hay and AG Products LLC, in the amount of $984,504.82 for damages and $14,076.00 for attorney's fees and costs; for a grant total of $998,580.82.

**IT IS SO ORDERED.**
**DATED:  July 18, 2024**

*s/ J. Phil Gilbert*
**J. PHIL GILBERT**
**DISTRICT JUDGE**