IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| ENCORE BANK, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 3:24-cv-517-JPG |
| | ) | |
| SHEPARD HAY & AG PRODUCTS, LLC et al., | ) ) ) | |
| Defendants. | | |

**DEFAULT JUDGMENT**

This matter having come before the Court, the defendants having failed to plead or otherwise defend, and default having been entered,

**IT IS ORDERED AND ADJUDGED** that judgment in this case is entered in favor of plaintiff Encore Bank and against defendants Tiffany Haremski Shepard and Shepard Hay & AG Products LLC in the amount of nine hundred and eighty-four thousand, five hundred and four dollars and eighty-two cents ($984,504.82), plus attorney's fees and costs in the amount of fourteen thousand and seventy-six dollars and zero cents ($14,076.00); for a grand total of nine hundred and ninety-eight thousand, five hundred and eighty dollars and eighty-two cents ($998,580.82).

**DATED:** July 18, 2024

                                          MONICA A. STUMP, Clerk of Court

                                          By:   *s/Tina Gray,*
                                                           Deputy Clerk

**APPROVED:** *s/J. Phil Gilbert*
                    J. PHIL GILBERT
                    U.S. DISTRICT JUDGE